No. 93–1660. ARIZONA *v.* EVANS. Sup. Ct. Ariz. [Certiorari granted, 511 U. S. 1126.] Motion of Washington Legal Foundation

et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.